BLANK ROME LLP
Attorneys for Plaintiff
Jeremy J.O. Harwood (JH 9012)
405 Lexington Avenue
The Chrysler Building
New York, NY 10174
(212) 885-5000

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

MIRANOS INTERNATIONAL
TRADING INC.,

                Plaintiff,

v.

ECOTRADE INTERNATIONAL S.A.,

                Defendant.

---

08 Civ. 4763 (RJS)

F.R. CIV. P. RULE 7.1 STATEMENT

RECEIVED MAY 21 2008 U.S.D.C. S.D.N.Y. CASHIERS

 

Pursuant to F. R. Civ. P. Rule 7.1 and to enable judges and magistrates of the Court to evaluate possible disqualification or recusal, the undersigned attorney of record for Plaintiff certifies that there are no publicly held corporate parents, subsidiaries, or affiliates of that party, securities or other interests in which are publicly held.

Dated: New York, NY
       May 21, 2008

                                            Respectfully submitted,
                                            BLANK ROME LLP
                                            Attorneys for Plaintiff

                                            By _____
                                               Jeremy J.O. Harwood (JH 9012)
                                               405 Lexington Avenue
                                               New York, NY 10174
                                               Tel.: (212) 885-5000