```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/18/09
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MIRANOS INTERNATIONAL TRADING INC.,

                Plaintiff,

-v-

ECOTRADE INTERNATIONAL S.A.,

                Defendant.

No. 08 Civ. 4763 (RJS)
ORDER

RICHARD J. SULLIVAN, District Judge:

    IT IS HEREBY ORDERED that Plaintiff submit a letter, no later than sixty days from the date of this Order, and every sixty days thereafter, advising the Court of the status of the arbitration between the parties as well as the need for continued attachment of Defendant's property.

SO ORDERED.

Dated:    August 18, 2009
            New York, New York

                                          RICHARD J. SULLIVAN
                                          UNITED STATES DISTRICT JUDGE