UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MIRANOS INTERNATIONAL TRADING INC.,

Plaintiff,

-v-

ECOTRADE INTERNATIONAL S.A.,

Defendant.

No. 08 Civ. 47633 (RJS)
ORDER

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/21/09

RICHARD J. SULLIVAN, District Judge:

In light of the recent decision by the United States Court of Appeals for the Second Circuit in *The Shipping Corporation of India Ltd. v. Jaldhi Overseas Pte Ltd.*, ____ F.3d ___, No. 08 Civ. 3477, 2009 WL 3319675 (2d Cir. Oct. 16, 2009), Plaintiff is HEREBY ORDERED to provide the Court with a letter, to be *received* no later than Monday, October 26, 2009, explaining why the *ex parte* order for Process of Maritime Attachment and Garnishment and any attachments effectuated pursuant to that order should not be vacated, and accordingly, why this case should not be dismissed. The letter shall be sent to the chambers' email address at sullivannysdchambers@nysd.uscourts.gov.

SO ORDERED.
Dated:    October 20, 2009
         New York, New York

RICHARD J. SULLIVAN
UNITED STATES DISTRICT JUDGE