UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MIRANOS INTERNATIONAL TRADING INC.,

Plaintiff,

-v-

ECOTRADE INTERNATIONAL S.A.,

Defendant.

No. 08 Civ. 4763 (RJS)
ORDER

RICHARD J. SULLIVAN, District Judge:

On October 20, 2009 the Court issued an Order directing Plaintiff to submit a letter addressing the recent decision by the United States Court of Appeals for the Second Circuit in *The Shipping Corporation of India Ltd. v. Jaldhi Overseas Pte Ltd.*, ___ F.3d ___, No. 08 Civ. 3477, 2009 WL 3319675 (2d Cir. Oct. 16, 2009). The Court is now in receipt of a letter from Plaintiff's counsel, dated October 27, 2009, informing the Court that the *Jaldhi* opinion has raised positional conflicts for counsel. Accordingly, Plaintiff's counsel request an extension of time to respond to the Court's October 20, 2009 Order. Therefore,

IT IS HEREBY ORDERED THAT Plaintiff's counsel's request is GRANTED and that Plaintiff shall submit a letter in response to the Court's October 20, 2009 Order no later than Monday, November 16, 2009.

IT IS FURTHER ORDERED THAT, no later than November 7, 2009, Plaintiff shall

submit to the Court a letter briefly setting forth what property was attached in this matter, how it was attached, and the location of the attached property at present.

SO ORDERED.

Dated:    New York, New York
October 30, 2009

RICHARD J. SULLIVAN
UNITED STATES DISTRICT JUDGE